**DISMISS; and Opinion Filed June 24, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00505-CV

**BODMD, INC., Appellant**
**V.**
**JAMES MEEHAN, BODMD MEDICAL GROUP (OK) P.C., AND
CATALYST UTICA, PC, Appellees**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-06699-2018**

## MEMORANDUM OPINION

Before Justices Whitehill, Partida-Kipness, and Pedersen, III
Opinion by Justice Partida-Kipness

Before the Court is appellant's unopposed motion for voluntary dismissal of the appeal.

We grant the motion and dismiss the appeal.  *See* TEX. R. APP. P.  42.1(a)(1).

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

190505F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BODMD, INC., Appellant

No. 05-19-00505-CV      V.

JAMES MEEHAN, BODMD MEDICAL
GROUP (OK) P.C., AND CATALYST
UTICA, PC, Appellees

On Appeal from the 380th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 380-06699-2018.
Opinion delivered by Justice Partida-
Kipness, Justices Whitehill and Pedersen,
III participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees James Meehan, BodMD Medical Group (OK) P.C., and Catalyst Utica, PC recover their costs, if any, of this appeal from appellant BodMD, Inc.

Judgment entered this 24th day of June, 2019.